WARREN P. NEWCOMB, as Executor of H. VICTOR NEW-COMB, Deceased, Respondent, *v.* JEANNE LA ROE, Appellant.

*Newcomb* v. *La Roe*, 160 App. Div. 819, affirmed.
(Argued May 10, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1914, modifying and affirming as modified a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to construe the will of and to determine the amount due to defendant for services rendered to plaintiff's testator. The complaint alleged: (1) That a bequest of $4,000 and of an income of $1,400 a year for life to defendant was intended by the plaintiff's testator to be in satisfaction of a claim filed by defendant for $7,579.53 for services rendered by her as trained nurse and housekeeper for the testator; and (2) that defendant had elected to stand upon her claim and had rejected the bequest; and (3) prayed judgment accordingly and also that the amount due to defendant for her services might be determined by the court. Defendant answered: (1) Denying that it was the intention of the testator that the bequest was to be received in satisfaction of her claim, also denying that she had elected to reject the bequest; and (2) setting up

as a counterclaim that the estate was indebted to her for services in the sum of $8,880 less $2,010.06 paid upon account.

*Nelson L. Robinson, William A. Hoy* and *Fred M. La Duke* for appellant.

*D-Cady Herrick, George Bell* and *Benjamin Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.